JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DIANA ALVAREZ,

               Plaintiff,

     v.

MOLINA HEALTHCARE, INC.,

               Defendant.

Case No. CV 21-8153 PA (PLAx)

JUDGMENT OF DISMISSAL

     In accordance with the Court's October 18, 2021 Minute Order dismissing this action for lack of subject matter jurisdiction, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

  DATED: October 18, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE